186 So.2d 921

## LOUISVILLE AND NASHVILLE RAIL-ROAD COMPANY

v.

## R. H. LYNCH, Jr.

### 6 Div. 140.

Supreme Court of Alabama.

May 5, 1966.

Rehearing Denied July 14, 1966.

Henry E. Simpson, Lange, Simpson, Robinson & Somerville, Birmingham, for appellant.

Rives, Peterson, Pettus & Conway, and Edgar M. Elliott, Birmingham, for appellee.

GOODWYN, Justice.

This is a suit under the Federal Employers' Liability Act. The appeal is brought by the defendant from a judgment rendered on a jury's verdict awarding damages to the plaintiff.

All of the argued assignments of error relate to, and have a bearing upon, the amount of damages to be awarded the plaintiff. But the amount of the damages is not questioned here. Accordingly, the errors charged in those assignments, if there be error in them, are rendered harmless and cannot work a reversal. See: State v. Dunlap, et al., ante p. 418, 186 So.2d 132; Birmingham Belt R. Co. v. Hendrix, 215 Ala. 285, 288–289, 110 So. 312.

The judgment appealed from is due to be, and is, affirmed.

Affirmed.

LIVINGSTON, C. J., and LAWSON, MERRILL and HARWOOD, JJ., concur.

COLEMAN, J., dissents.